IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| CHAD WILLIAM REED, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CIV-16-461-C |
| | ) | |
| JASON BRYANT, et al., | ) | |
| | ) | |
| Defendants. | ) | |

ENTER ORDER:

    Plaintiff's "Motion For Extension" filed November 7, 2016, (Doc. #30) is GRANTED in part and DENIED in part, and Plaintiff is given an extension of time until  December 12th, 2016, to respond to Defendants' Motion to Dismiss (Doc #28). Plaintiff is advised that failure to comply with this Order may result in a recommendation that Plaintiff's cause of action be dismissed without prejudice to refiling.

ABOVE ORDER ENTERED BY DIRECTION OF UNITED STATES MAGISTRATE JUDGE GARY M. PURCELL.

    CARMELITA REEDER SHINN, Clerk

    By: /s/ Bonnie Simpson

Dated: November 10, 2016
Copies to parties of record