IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CHAD WILLIAM REED, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | No. CIV-16-461-C |
| ) | |
| JASON BRYANT, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

This matter is before the Court on the Report and Recommendation entered by United States Magistrate Judge Gary M. Purcell on February 23, 2018. The Court file reflects that no party has objected to the Report and Recommendation within the time limits prescribed. Therefore, the Court adopts the Report and Recommendation in its entirety.

Accordingly, the Report and Recommendation (Dkt. No. 65) of the Magistrate Judge is adopted and the Plaintiff's "Order to Show Cause for an Preliminary Injunction & a Temporary Restraining Order" (Dkt. No. 57), construed as a motion requesting a preliminary injunction, is DENIED. This matter and all pending motions are returned to Judge Purcell for further proceedings consistent with the original Order of Referral.

IT IS SO ORDERED this 27th day of March, 2018.

ROBIN J. CAUTHRON
United States District Judge