IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| CHAD WILLIAM REED, | ) | |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | No. CIV-16-461-C |
| JASON BRYANT, et al., | ) | |
| Defendants. | ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

The conclusion to deny Plaintiff's Supplemental Motion to Amend the Complaint reached by Judge Purcell in his Second Supplemental Report and Recommendation is not "clearly erroneous or contrary to law," 28 U.S.C. § 636(b)(1)(A), and, over Plaintiff's objection, the Report and Recommendation (Dkt. No. 92) is adopted. Plaintiff's Supplemental Motion for Leave to Amend the Complaint (Dkt. No. 90) is DENIED.

IT IS SO ORDERED this 18th day of October, 2018.

ROBIN J. CAUTHRON
United States District Judge