IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| CHAD WILLIAM REED, | ) | |
| Plaintiff, | ) | |
| vs. | ) | No. CIV-16-461-C |
| JASON BRYANT, et al., | ) | |
| Defendants. | ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

This civil rights action brought by a prisoner, proceeding pro se, was referred to United States Magistrate Judge Gary M. Purcell, consistent with the provisions of 28 U.S.C. § 636(b)(1)(B). Judge Purcell entered a Fifth Supplemental Report and Recommendation on October 17, 2019, recommending denial of Plaintiff's Motion for Rule 54(b) Certification. Plaintiff has timely objected. The Court therefore considers the matter de novo.

Despite the claims distinctions Plaintiff attempts to draw in his Objection, he fails to show "no just reason for delay" of an appeal. Fed. R. Civ. P. 54(b).

Accordingly, the Court adopts, in its entirety, the Report and Recommendation of the Magistrate Judge (Dkt. No. 157), and for the reasons announced therein, denies Plaintiff's Motion for Rule 54(b) Certification (Dkt. No. 154.)

IT IS SO ORDERED this 13th day of November, 2019.

ROBIN J. CAUTHRON
United States District Judge