FILED
United States Court of Appeals
Tenth Circuit

December 4, 2019

Elisabeth A. Shumaker
Clerk of Court

## UNITED STATES COURT OF APPEALS

## FOR THE TENTH CIRCUIT

_____

CHAD WILLIAM REED,

    Plaintiff - Appellant,

v.

JASON BRYANT; KELLY CURRY; ROWENNA BELL; THOMAS GASKILL; JAMES DRAWBRIDGE,

    Defendants - Appellees.

No. 19-6138
(D.C. No. 5:16-CV-00461-C)
(W.D. Okla.)

_____

## ORDER
_____

Appellant's motion to dismiss this matter is granted.  *See* 10th Cir. R. 27.5(A)(9) and Fed. R. App. P. Rule 42(b).

A copy of this order shall stand as and for the mandate of the court.


                Entered for the Court


                ELISABETH A. SHUMAKER, Clerk